UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
**FAWAZ NAMAN HAMOUD,**                )
                                       )
         Petitioner,                   )
                                       )
    v.                                 )    Civil Action No. 05-1894 (RWR)
                                       )
**GEORGE W. BUSH et al.**,             )
                                       )
         Respondents.                  )
_____)

### ORDER DIRECTING RESPONDENT TO SHOW CAUSE

Pursuant to 28 U.S.C. § 2243, it is hereby

ORDERED that within 45 days of service of a copy of this Order and the accompanying Petition, respondent shall file and serve on the petitioner a statement showing why the Writ of *Habeas Corpus* should not issue.

The Clerk of Court is directed to furnish a copy of the Petition and a certified copy of this Order to the United States Marshal for the purpose of serving respondents, the Attorney General of the United States, and the United States Attorney for the District of Columbia.

SIGNED this 31st day of October, 2005.

                                    _____/s/_____
                                    RICHARD W. ROBERTS
                                    United States District Judge