# MARJORIE M. SMITH
Attorney at Law
P.O. Box 234
Piermont, New York 10968

Phone 845 365-6335
Fax 845 365-2358
Mobile 914 772-0047

Overnight mail to: 102 Paradise Avenue
Piermont, New York 10968
Email: marjoriemsmith@verizon.net
Web: http://.marjoriesmithesq.com

November 2, 2005

Hon. Nancy Mayer-Whittington, Clerk of Court
E Barrett Prettyman Federal Courthouse
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

   Re: Hamoud v. Bush, et al.
    1:05-cv-01894-RWR

Dear Ms. Mayer-Whittington:

  Enclosed for filing is a certificate of service of the Petition for Writ of Habeas Corpus in the above proceeding and the certified mail delivery confirmations.

  Thank you.

               Respectfully yours,

               Marjorie M. Smith

MMS:ag
enc.

Re: Hamoud v. Bush et al.   05-cv-01894 (RWR)

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a copy of the foregoing Petition for Writ of Habeas Corpus to be served the 4th day of October 2005 by certified first class mail on:

Kenneth L. Wainstein
U.S. Attorney
District of Columbia District
Judiciary Center
555 4th Street, NW
Washington, DC 20530

Alberto R. Gonzales
Attorney General of the United States
U.S. Department of Justice
Robert F. Kennedy Building
Tenth Street & Constitution Ave., NW
Room 5111
Washington, DC 20530

George W. Bush
President, United States of America
The White House
1600 Pennsylvania Avenue, NW
Washington, DC 20301-1000

Donald Rumsfeld
Secretary, United States Dep't of Defense
1000 Defense Pentagon
Washington, DC 20301-1000

Army Brig. Gen. J. Hood
Commander, Joint Task Force-GTMO
and Army Col. Mike Bumgarner
Commander, JDOG
United States Army
Army Pentagon
Washington, DC 20310-0200

Marjorie M. Smith
LAW OFFICE OF MARJORIE M. SMITH
P.O. Box 234
Piermont, NY 10968



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7004 2890 0003 2077 1769**
Status: **Unclaimed**

Your item was returned to the sender on October 20, 2005 because it was not claimed by the addressee.

( Additional Details > )  ( Return to USPS.com Home > )

### Track & Confirm
Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

---

POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

Unclaimed

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees   $ 3.82

Sent To: Brig Gen Hood + Bumgarner
Street, Apt. No.; or PO Box No.: US Army Pentagon
City, State, ZIP+4: Wash DC 20310

PS Form 3800, June 2002   See Reverse for Instructions

7004 2890 0003 2077 1769

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do          11/1/2005



Home | Help



Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7004 2890 0003 2077 1776**
Detailed Results:

* Delivered, October 11, 2005, 3:40 am, WASHINGTON, DC 20500
* Notice Left, October 09, 2005, 8:00 am, WASHINGTON, DC 20500
* Arrival at Unit, October 09, 2005, 7:41 am, WASHINGTON, DC 20022

( < Back )        ( Return to USPS.com Home > )

### Track & Confirm

Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   ( Go > )

---

 POSTAL INSPECTORS   site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust          Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy





Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7004 2890 0003 2077 1813**
Detailed Results:

- **Delivered, October 11, 2005, 3:56 am, WASHINGTON, DC 20530**
- **Notice Left, October 09, 2005, 4:17 am, WASHINGTON, DC 20530**
- **Arrival at Unit, October 09, 2005, 4:11 am, WASHINGTON, DC 20022**

( < Back )          ( Return to USPS.com Home > )

### Track & Confirm

Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

---

 POSTAL INSPECTORS   site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust         Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | 1.52 |
| Certified Fee | | 2.30 |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 3.82 |

Sent To: Alberto Gonzalez, AG.
Street, Apt. No.; or PO Box No.: DOJ  10th St + Const. AveNW
City, State, ZIP+4: Wash DC 20530

PS Form 3800, June 2002       See Reverse for Instructions

7004 2890 0003 2077 1813

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelDetail.do           11/1/2005



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7004 2890 0003 2077 1783**
Detailed Results:

- **Delivered, October 11, 2005, 3:56 am, WASHINGTON, DC 20530**
- **Notice Left, October 09, 2005, 4:17 am, WASHINGTON, DC 20530**
- **Arrival at Unit, October 09, 2005, 4:11 am, WASHINGTON, DC 20022**

( < Back )   ( Return to USPS.com Home > )

### Track & Confirm

Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

POSTAL INSPECTORS    site map    contact us    government services    jobs    National & Premier Accounts
Preserving the Trust    Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

```
DATE            23-906201450-02         TIME
10/04/05        6314735713              14:41

U S POSTAL SERVICE #3599760088
          393 PIERMONT AVE
          PIERMONT NY 10968


TRAN #          CLERK ID        AUTH
115             1               582449

        AMERICAN EXPRESS SALE

ACCT. NUMBER                    EXP
XXXXXXXXXXXX1001                XXX

              TOTAL  $21.54


ALL SALES FINAL ON STAMPS AND POSTAGE
REFUNDS FOR GUARANTEED SERVICES ONLY

         WE DELIVER FOR YOU

           CUSTOMER COPY
```



U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 3.82 |

Postmark Here — PIERMONT NY 10968 — 4 2005 USPS

Sent To  K. Wainstein, US Atty
Street, Apt. No.; or PO Box No.  555 4th St NW
City, State, ZIP+4  Wash DC 20530

PS Form 3800, June 2002      See Reverse for Instructions

7004 2890 0003 2077 1783



**UNITED STATES POSTAL SERVICE**

Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: **7004 2890 0003 2077 1790**
Detailed Results:

- Delivered, October 11, 2005, 7:36 am, WASHINGTON, DC 20310
- Notice Left, October 09, 2005, 4:50 am, WASHINGTON, DC 20310
- Arrival at Unit, October 09, 2005, 4:29 am, WASHINGTON, DC 20022

( < Back )        ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.



### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

---

POSTAL INSPECTORS    site map    contact us    government services    jobs    National & Premier Accounts
Preserving the Trust    Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy





U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

OFFICIAL USE ✓

Postage $ 1.52
Certified Fee 2.30
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $ 3.82

Sent To: Sec. D. Rumsfeld
Street, Apt. No.; or PO Box No.: 1000 Defense Pentagon
City, State, ZIP+4: Wash DC 20301

PS Form 3800, June 2002    See Reverse for Instructions

7004 2890 0003 2077 1790