IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAWAZ NAMAN HAMOUD, ) | |
| ) | Civil Action No. 05-1894 (RWR) |
| *Petitioner*, ) | |
| ) | |
| *v.* ) | |
| ) | |
| GEORGE W. BUSH, *et al.*, ) | |
| ) | |
| *Respondents*. ) | |

### PETITIONER'S MEMORANDUM IN OPPOSITION TO THE GOVERNMENT'S MOTION TO STAY PROCEEDINGS PENDING RELATED APPEALS

This filing opposes the Government's motion to stay the proceedings in this case, and requests, if a Stay is granted, that it be conditioned upon Respondents' 1) compliance with this Court's Order of October 31, 2005 requiring Respondent to file and serve a statement showing why the Writ of *habeas corpus* should not issue; 2) preservation of all evidence, documents, and information relating to Petitioner's case; and 3) provision of 30 days' advance notice of any transfer of Petitioner from Guantánamo Bay, Cuba.

This filing was mailed to the Court Security Officer on November 23, 2005.

Dated: November 23, 2005.

Respectfully submitted,

Counsel for Petitioner:
   /s/ Marjorie M. Smith
Marjorie M. Smith (NY 7922)
**LAW OFFICE OF MARJORIE M. SMITH**
P.O. Box 234
Piermont, NY  10968
845-365-6335 (PHONE)
845-365-2358 (FAX)