IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| HASSAN BIN ATTASH, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1592 (RCL) |
| GEORGE W. BUSH,<br>President of the United States,<br>*et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |
| ABDUL RAHEEM GHULAM<br>    RABBANI, *et al.*, | ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1607 (RMU) |
| GEORGE W. BUSH,<br>President of the United States,<br>*et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |
| MOHAMMAD AKHTIAR, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1635 (PLF) |
| GEORGE W. BUSH,<br>President of the United States,<br>*et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |

|  |  |
|---|---|
| ABDULAZIZ ABDULRAHMAN AL-BADAH, *et al.*, ) ) ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 05-CV-1641 (CKK) |
| ) | |
| GEORGE W. BUSH, President of the United States, *et al.*, ) ) ) | |
| ) | |
| Respondents. ) | |
| ) | |
| HUSSAIN SALEM MOHAMMED ALMERFEDI, *et al.*, ) ) ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 05-CV-1645 (PLF) |
| ) | |
| GEORGE W. BUSH, President of the United States, *et al.*, ) ) ) | |
| ) | |
| Respondents. ) | |
| ) | |
| WALEED SAEED BN SAEED ZAID, *et al.*, ) ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 05-CV-1646 (JDB) |
| ) | |
| GEORGE W. BUSH, President of the United States, *et al.*, ) ) ) | |
| ) | |
| Respondents. ) | |

| | |
|---|---|
| ZIYAD BIN SALIH BIN MUHAMMAD<br>    AL-BAHOOTH, *et al.*,<br><br>    Petitioners,<br><br>v.<br><br>GEORGE W. BUSH,<br>    President of the United States,<br>    *et al.*,<br><br>    Respondents. | Civil Action No. 05-CV-1666 (ESH) |
| ABDALHADI M. AL-SOPAI, *et al.*,<br><br>    Petitioners,<br><br>v.<br><br>GEORGE W. BUSH,<br>    President of the United States,<br>    *et al.*,<br><br>    Respondents. | Civil Action No. 05-CV-1667 (RBW) |
| RASHID AWADH RASHID<br>    AL-UWAIDAH, *et al.*,<br><br>    Petitioners,<br><br>v.<br><br>GEORGE W. BUSH,<br>    President of the United States,<br>    *et al.*,<br><br>    Respondents. | Civil Action No. 05-CV-1668 (GK) |

- 3 -

| | |
|---|---|
| FAHAD SALEH ALGATELE, *et al.*, | ) ) ) |
| Petitioners, | ) ) |
| v. | ) )   Civil Action No. 05-CV-1669 (TFH) |
| GEORGE W. BUSH,<br>President of the United States,<br>*et al.*, | ) ) ) ) |
| Respondents. | ) ) ) |
| YOUSIF ABDULLAH<br>    AL-RUBAISH, *et al.*, | ) ) ) |
| Petitioners, | ) ) |
| v. | ) )   Civil Action No. 05-CV-1714 (RWR) |
| GEORGE W. BUSH,<br>President of the United States,<br>*et al.*, | ) ) ) ) |
| Respondents. | ) ) ) |
| AYOUB HAJI MAMET, *et al.*, | ) ) |
| Petitioners, | ) ) |
| v. | ) )   Civil Action No. 05-CV-1886 (EGS) |
| GEORGE W. BUSH,<br>President of the United States,<br>*et al.*, | ) ) ) ) |
| Respondents. | ) ) ) |

- 4 -

| | | |
|---|---|---|
| FAWAZ NAMAN HAMOUD, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-1894 (RWR) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

| | | |
|---|---|---|
| MOHAMMED AL-QAHTANI, *et al.*, | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-1971 (RMC) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

| | | |
|---|---|---|
| KHALED ABD ELGABAR MOHAMMED OTHMAN, *et al.*, | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-2088 (RWR) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

|  |  |
|---|---|
| ABDU AL-QADER HUSSAIN<br>    AL-MUDAFARI, *et al.*,<br><br>        Petitioners,<br><br>    v.<br><br>GEORGE W. BUSH,<br>    President of the United States,<br>    *et al.,*<br><br>        Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 05-CV-2185 (JR)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| HAYAL AZIZ AHMED<br>    AL-MITHALI, *et al.*,<br><br>        Petitioners,<br><br>    v.<br><br>GEORGE W. BUSH,<br>    President of the United States,<br>    *et al.,*<br><br>        Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 05-CV-2186 (ESH)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| MOHAMMED AHMED ALI<br>    AL-ASADI, *et al.,*<br><br>        Petitioners,<br><br>    v.<br><br>GEORGE W. BUSH,<br>    President of the United States,<br>    *et al.,*<br><br>        Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 05-CV-2197 (HHK)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

| | | |
|---|---|---|
| ABD AL HAKIM GHALIB AHMAD ALHAG, *et al.*, | ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2199 (HHK) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |
| ABDULAQADER HOSSIN ALI AL-MOTHAFRI, *et al.*, | ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2200 (JDB) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |
| MOHAMMED BIN JAIED BIN ALADI AL MOHADDED AL SUBAIE, *et al.*, | ) ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2216 (RCL) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |

| | | |
|---|---|---|
| FAHD ABDULLAH AHMED GHAZY, *et al.*, | ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2223 (RJL) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |
| SALEH ZAID AL KHATEMI, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2248 (ESH) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |
| MOHAMMED ABUDUL RAHMAN AL-SHIMRANI, *et al.*, | ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2249 (RMC) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |

|  |  |
|---|---|
| FAHAD NASSER MOHAMMED AL<br>    SULTAN ALGAHTANI, *et al.*,<br><br>    Petitioners,<br><br>v.<br><br>GEORGE W. BUSH,<br>    President of the United States,<br>    *et al.,*<br><br>    Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-CV-2265 (RWR)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ATTORNEY APPEARANCE

Undersigned counsel, Terry M. Henry, hereby enters his appearance as one of the counsel for respondents in the above-captioned cases.

Dated: December 9, 2005

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

DOUGLAS N. LETTER
Terrorism Litigation Counsel

  /s/ Terry M. Henry
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
ROBERT J. KATERBERG
NICHOLAS J. PATTERSON
ANDREW I. WARDEN
EDWARD H. WHITE
Attorneys

>United States Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Ave., N.W.  Room 7144
>Washington, DC  20530
>Tel:  (202) 514-4107
>Fax:  (202) 616-8470
>
>Attorneys for Respondents