UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
FAWAZ NAMAN HAMOUD,            )
                               )
        Petitioner,            )
                               )
    v.                         )    Civil Action No. 05-1894 (RWR)
                               )
GEORGE W. BUSH et al.,         )
                               )
        Respondents.           )
_____)
```

**ORDER DIRECTING PARTIES TO SHOW CAUSE**

Petitioner's counsel has concluded that the petitioner in this case is the same individual as the petitioner in Ahmed v. Bush et al., Civil Action No. 05-665 (RWR).  (See Pet.'s Mem. in Opp'n to the Gov't's Mot. to Stay Proceedings Pending Related Appeals (Dkt. 10) at 3.)  Respondents have not addressed petitioner's counsel's conclusion, either in their reply (Dkt. 12) or otherwise.  Accordingly, it is hereby

ORDERED that counsel for the parties show cause in writing by December 28, 2005 why Ahmed v. Bush et al. and this case should not be consolidated.

SIGNED this 14th day of December, 2005.

                            _____/s/_____
                            RICHARD W. ROBERTS
                            United States District Judge