IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAWAZ NAMAN HAMOUD,    ) | |
|    ) | |
| Petitioner,    ) | |
|    ) | |
| v.    ) | Civil Action No.  05-CV-1894 (RWR) |
|    ) | |
| GEORGE W. BUSH,    ) | |
|    President of the United States,    ) | |
|    *et al.,*    ) | |
|    ) | |
| Respondents.    ) | |

### RESPONDENTS' FACTUAL RETURN TO PETITION FOR WRIT OF HABEAS CORPUS BY PETITIONER FAWAZ NAMAN HAMOUD AND NOTICE OF SUBMISSION OF FACTUAL RETURN UNDER SEAL

Respondents hereby submit, as explained herein, the final record of proceedings before the Combatant Status Review Tribunal pertaining to petitioner Fawaz Naman Hamoud Abdullah Mahdi (listed in the petition as Fawaz Naman Hamoud) as a factual return to petitioner's petition for writ of habeas corpus.[1]  For the reasons explained in the record, petitioner Fawaz Naman Hamoud Abdullah Mahdi has been determined to be an enemy combatant.  Accordingly, petitioner Fawaz Naman Hamoud Abdullah Mahdi is lawfully subject to detention pursuant to the President's power as Commander in Chief or otherwise, and is being detained.

The portion of the record suitable for public release is attached hereto.  See Exhibit A. The remaining portions of the record, including information that is classified or not suitable for public release, are being submitted under seal through the Court Security Officers.  One copy of the factual return is being submitted to the Court for *in camera* review.  Another copy of the

---

[1]  The factual return pertaining to this detainee were previously submitted in Ahmed v. Bush, No. 05-CV-0665 (RWR), based on what ultimately proved to be an incorrect identification of the petitioner in that case as detainee Fawaz Naman Hamoud Abdullah Mahdi..

factual return, containing classified information suitable for disclosure to counsel under seal, is

being made available to petitioner's counsel who have been issued security clearances,

consistent with the Protective Order. See Protective Order and Procedures for Counsel Access to

Petitioners at the United States Naval Base in Guantanamo Bay, Cuba (dkt. no. 3). Any

redactions made in the factual return are explained in the declaration(s)/certification(s) submitted

therewith. Both copies of the factual return contain highlighting, explained therein, consistent

with the Court's Order for Specific Disclosures Relating to Respondents' Motion to Designate as

"Protected Information" Unclassified Information and Petitioners' Motion for Access to

Unredacted Factual Returns, entered on December 8, 2004 by Judge Green in the coordinated

cases. Respondents have designated certain highlighted, unclassified information in the factual

return as "protected information" under the Protective Order. Pursuant to the Protective Order,

once counsel for petitioner has reviewed the factual return and counsel for the parties have

conferred, respondents will file a motion requesting that the Court designate the information in

the factual return as "protected" pursuant to the Protective Order.[2]

For the reasons explained in the factual return, petitioner Fawaz Naman Hamoud

Abdullah Mahdi has been determined to be an enemy combatant and is, therefore, lawfully

subject to detention pursuant to the President's power as Commander in Chief or otherwise.

Accordingly, the petition for writ of habeas corpus should be dismissed and the relief sought

therein denied.

---

[2] Pursuant to the Protective Order, respondents are disclosing this information to petitioner's counsel, who shall treat such information as "protected" unless and until the Court rules that the information should not be designated as "protected."

Dated:  December 23, 2005

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

DOUGLAS N. LETTER
Terrorism Litigation Counsel

   /s/ Preeya M. Noronha
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
ROBERT J. KATERBERG
NICHOLAS J. PATTERSON
ANDREW I. WARDEN
EDWARD H. WHITE
MARC A. PEREZ
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.  Room 7144
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents