IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FAWAZ NAMAN HAMOUD,** *Petitioner*, v. **GEORGE W. BUSH,** *et al.*, *Respondents*. | Civil Action No. 05-1894 (RWR) |

**PETITIONER'S MEMORANDUM IN RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE OF DECEMBER 14, 2005**

This filing responds to the Court's Order to Show Cause of December 14, 2005 directing the parties to show cause why this case should not be consolidated with *Ahmed v. Bush*, *et al.*, 05-665 (RWR). For the reasons stated in the response, and in particular that petitioner Hamoud and petitioner Ahmed are not the same person, petitioner's counsel does not believe that the *Hamoud* and *Ahmed* cases should be consolidated

This filing was mailed to the Court Security Officer on December 23, 2005.

Dated: December 23, 2005.

Respectfully submitted,

Counsel for Petitioner:
  /s/ Marjorie M. Smith
Marjorie M. Smith (NY 7922)
**LAW OFFICE OF MARJORIE M. SMITH**
P.O. Box 234
Piermont, NY  10968
845-365-6335 (PHONE)
845-365-2358 (FAX)