IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAWAZ NAMAN HAMOUD,<br>    *Petitioner*,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br>    *Respondents*. | Civil Action No. 05-cv-1894 (RWR)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the attorney listed below will represent Petitioner Fawaz Naman Hamoud in this matter. Service upon counsel may be made to:

> Gitanjali S. Gutierrez
> **CENTER FOR CONSTITUTIONAL RIGHTS**
> 666 Broadway, 7th Floor
> New York, New York 10012
> Tel: (212) 614-6427
> Fax: (212) 614-6499

Counsel for Petitioner certifies, pursuant to L. Cv. R. 83.2(g), that she is representing Petitioner without compensation.

Dated: January 19, 2006

    Respectfully submitted,

    Counsel for Petitioner:

     /s/ _____
    Gitanjali S. Gutierrez
    **CENTER FOR CONSTITUTIONAL RIGHTS**
    666 Broadway, 7th Floor
    New York, New York 10012
    Tel: (212) 614-6427
    Fax: (212) 614-6499