**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of _____Columbia_____

TO:
Army Col. Mike Bumgarner
Commander, Joint Detention
Operations, Group, JTF-GTMO
Staff Judge Advocate
APO, AE 09360

Civil Action, File Number __05-1894 RWR__

_____Fares Yousef Essmel_____
V.
_____George W. Bush, et al_____

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You **MUST COMPLETE** the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ___ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within ___ days, you (or the party on whose behalf you are being served) must answer the complaint by default will be taken against you for the...

[handwritten: 05-1894 GTSC    11-10-05  7RT]

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Army Col. Mike Bumgarner
Commander, Joint Det Optr.
JTF-GTMO
Staff Judge
APO, AE

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature [signed]  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): Ress Jackson   C. Date of Delivery: 28 Nov 05
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☒ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7004 1160 0001 9681 5894

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

...ipt of Summons and Complaint By Mail was...
(SMS Official) [signed]

COMPLAINT
complaint in the above captioned manner at
...ber and Street Name or P.O. Box No.
...and Zip Code

Signature
Relationship to Entity/Authority to Receive
Service of Process
Date of Signature