IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAWAZ NAMAN HAMOUD, ) | |
| ) | Civil Action No. 05-1894 (RWR) |
| *Petitioner*, ) | |
| ) | |
| *v*. ) | |
| ) | |
| GEORGE W. BUSH, *et al.*, ) | |
| ) | |
| *Respondents*. ) | |

**PETITIONER'S OPPOSITION TO THE GOVERNMENT'S
MOTION TO EXAMINE SEIZED PRIVILEGED COMMUNICATIONS**

For the reasons stated in the annexed Memorandum of Law submitted on behalf of petitioner Abdah v. Bush, 04-CV-1254 (HHK) (AK), Respondents' Motion to Examine Seized Privileged Communications should be denied; and the government should be sanctioned for seizing prisoners' legal papers without notice and approval.

Dated: June 20, 2006

                      Respectfully submitted,

                      Counsel for Petitioner:
                        /s/ Marjorie M. Smith
                      Marjorie M. Smith (NY 7922)
                      **LAW OFFICE OF MARJORIE M. SMITH**
                      P.O. Box 234
                      Piermont, NY  10968
                      845-365-6335 (PHONE)
                      845-365-2358 (FAX)