IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAWAZ NAMAN HAMOUD,<br><br>　　Petitioner,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>　　Respondents. | Civil Action No. 05-1894 (RWR) |

**NOTICE OF APPEAL**

NOTICE is hereby given that respondents George W. Bush, President of the United States, Donald Rumsfeld, Secretary, United States Department of Defense, Army Brigadier Gen. Jay Hood, Commander, Joint Task Force-GTMO, and Army Col. Mike Bumgarner, Commander, Joint Detention Operations Group (i.e., all respondents herein) hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the portion of the Court's Memorandum Order dated July 5, 2006 (dkt. no. 23) prohibiting respondents from removing or transferring petitioner from Guantanamo Bay Naval Base unless the Court and any counsel for petitioner receive thirty days' advance notice of such removal or transfer.

Dated: August 31, 2006					Respectfully submitted,

								PETER D. KEISLER
								Assistant Attorney General


								DOUGLAS N. LETTER
								Terrorism Litigation Counsel



								    /s/ James J. Schwartz
								JOSEPH H. HUNT (D.C. Bar No. 431134)
								VINCENT M. GARVEY (D.C. Bar No. 127191)
								TERRY M. HENRY
								JAMES J. SCHWARTZ (D.C. Bar No. 468625)
								PREEYA M. NORONHA
								EDWARD H. WHITE
								ROBERT J. KATERBERG
								ANDREW I. WARDEN
								NICHOLAS J. PATTERSON
								Attorneys
								United States Department of Justice
								Civil Division, Federal Programs Branch
								20 Massachusetts Ave., N.W.
								Washington, DC  20530
								Tel:  (202) 616-8298
								Fax:  (202) 616-8460

								Attorneys for Respondents