IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| FAWAZ NAMAN HAMOUD, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-1894 (RWR) |
| GEORGE W. BUSH,<br>President of the United States, *et al.*, | ) ) ) | |
| Respondents. | ) ) ) | |

## <u>NOTICE OF FILING OF PROTECTED INFORMATION</u>

NOTICE is hereby given that, pursuant to the protective order entered herein by the

Court's Order of November 1, 2005 (dkt no. 3), respondents have filed with the Court Security

Office a submission which they seek to have designated as "protected information" pursuant to

the protective orders. The submission cannot be described in any greater detail without

disclosing the substance of the protected information. As required by the protective order (*see* ¶

36), respondents have disclosed the protected information to petitioner's counsel.

Dated: June 13, 2007                 Respectfully submitted,

                                     PETER D. KEISLER
                                     Assistant Attorney General

                                     DOUGLAS N. LETTER
                                     Terrorism Litigation Counsel

                                       /s/ *Andrew I. Warden*
                                     JOSEPH H. HUNT (D.C. Bar No. 431134)
                                     VINCENT M. GARVEY (D.C. Bar No. 127191)
                                     JUDRY L. SUBAR (D.C. Bar 347518)
                                     TERRY M. HENRY

JEAN LIN
JAMES J. SCHWARTZ (D.C. Bar No. 468625)
ROBERT J. KATERBERG
NICHOLAS J. PATTERSON
ANDREW I. WARDEN (IN Bar No. 23840-49)
EDWARD H. WHITE
NICHOLAS A. OLDHAM
JAMES C. LUH
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents