## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **FAWAZ NAMAN HAMOUD,** ) | **Civil Action No. 05-1894 (RWR)** |
| *Petitioner*, ) | |
| *v.* ) | |
| **GEORGE W. BUSH,** *et al.*, ) | |
| *Respondents*. ) | |

### STIPULATION OF SETTLEMENT

It is hereby stipulated and agreed, by and between the undersigned, counsel for petitioner/plaintiff and defendants in the above entitled action, that the above action be and hereby is hereby discontinued, without prejudice.

Dated: July 14, 2008

Marjorie M. Smith
Law Office of Marjorie M. Smith
P.O. Box 234
Piermont, NY 10968
Tel: (845) 365-6335

Andrew I. Warden
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.  Rm. 6120
Washington, DC  20530
Tel:  (202) 616-5084

Attorney for Petitioner

Attorney for Respondents

SO ORDERED this _____ day of July, 2008

_____
UNITED STATES DISTRICT JUDGE