UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FAWAZ NAMAN HAMOUD,    )<br>                              )<br>     Petitioner,           )<br>                              )<br>     v.                       )<br>                              )<br> GEORGE W. BUSH et al.,    )<br>                              )<br>     Respondents.          )<br>                              ) | Civil Action No. 05-1894 (RWR) |

### ORDER TO SHOW CAUSE

On July 14, 2008, petitioner's counsel submitted what purports to be a joint stipulation of dismissal, although the stipulation was only signed by the counsel for petitioner. It is hereby

**ORDERED** that the counsel for respondents show cause in writing by August 21, 2008, why this case should not be dismissed.

SIGNED this 15 day of August, 2008.

/s/
_____
RICHARD W. ROBERTS
United States District Judge