```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
_____
                            )
FAWAZ NAMAN HAMOUD,         )
                            )
        Petitioner,         )
                            )
        v.                  )    Civil Action No. 05-1894 (RWR)
                            )
GEORGE W. BUSH et al.,      )
                            )
        Respondents.        )
_____)
```

## ORDER OF DISMISSAL

In light of Petitioner's stipulation [46] of dismissal without prejudice and Respondents' response [48], it is hereby

**ORDERED** that this action be, and hereby is, DISMISSED without prejudice.

SIGNED this 10th day of October, 2008.

```
                              _____/s/_____
                              RICHARD W. ROBERTS
                              United States District Judge
```